# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALARM.COM INCORPORATED, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 13-890-RGA |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| TELULAR CORPORATION, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION FOR EXTENSION OF TIME
## TO ANSWER OR OTHERWISE PLEAD

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiff Alarm.com Incorporated and Defendant Telular Corporation, subject to the approval of the Court, that Defendant's time to answer, move, or otherwise respond to the Complaint in this action shall be extended to July 10, 2013.

| POTTER ANDERSON & CORROON LLP | KELLEY DRYE & WARREN LLP |
|---|---|
| */s/ Bindu A. Palapura* | */s/ Matthew C. Luzadder* |
| Richard L. Horwitz (#2246) | Matthew C. Luzadder |
| David E. Moore (#3983) | 333 West Wacker Drive, 26th Flr. |
| Bindu A. Palapura (#5370) | Chicago, IL  60606 |
| Hercules Plaza 6th Floor | (312) 857-7070 |
| 1313 N. Market Street | Fax:  312-857-2623 |
| Wilmington, DE  19899 | MLuzadder@KelleyDrye.com |
| Tel:  (302) 984-6000 | *(not admitted in DE)* |
| rhorwitz@potteranderson.com | |
| dmoore@potteranderson.com | |
| bpalapura@potteranderson.com | |
| | |
| *Attorneys for Plaintiff Alarm.com Incorporated* | *Attorneys for Telular Corporation* |
| Dated: June 10, 2013 | |
| 1110025 / 40305 | |

IT IS SO ORDERED this _____ day of _____, 2013.

_____
U.S.D.J.