## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALARM.COM INCORPORATED,      )<br>                                                          )<br>            Plaintiff,                           )<br>                                                          )     C.A. No. 13-890-RGA<br>       v.                                             )<br>                                                          )     **JURY TRIAL DEMANDED**<br>TELULAR CORPORATION,            )<br>                                                          )<br>            Defendant.                       ) | |

### NOTICE OF SERVICE

The undersigned counsel hereby certifies that a true and correct copy of the following document was caused to be served on September 24, 2013, upon the following attorneys of record as indicated below:

    PLAINTIFF ALARM.COM INCORPORATED'S FIRST SET OF REQUESTS
    FOR PRODUCTION TO DEFENDANT TELULAR CORPORATION

### VIA ELECTRONIC MAIL

Richard K. Herrmann
Mary B. Matterer
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
rherrmann@morrisjames.com
mmatterer@morrisjames.com

Alyssa Knutson
James C. Yoon
Ryan R. Smith
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304
aknutson@wsgr.com
jyoon@wsgr.com
rsmith@wsgr.com

|  |  |
|---|---|
| | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL: | |
| | By:   */s/ David E. Moore* |
| Roger G. Brooks | Richard L. Horwitz (#2246) |
| Teena-Ann V. Sankoorikal | David E. Moore (#3983) |
| Andrei Harasymiak | Bindu A. Palapura (#5370) |
| CRAVATH, SWAINE & MOORE LLP | Hercules Plaza, 6th Floor |
| Worldwide Plaza | 1313 N. Market Street |
| 825 Eighth Avenue | Wilmington, DE  19801 |
| New York, NY 10019-7475 | Tel:  (302) 984-6000 |
| Tel:  (212) 474-1000 | rhorwitz@potteranderson.com |
| | dmoore@potteranderson.com |
| | bpalapura@potteranderson.com |
| Dated:  September 24, 2013 | *Attorneys for Plaintiff Alarm.com Incorporated* |
| 1123829 / 40305 | |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on September 24, 2013, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on September 24, 2013, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| Richard K. Herrmann<br>Mary B. Matterer<br>Morris James LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>rherrmann@morrisjames.com<br>mmatterer@morrisjames.com | Alyssa Knutson<br>James C. Yoon<br>Ryan R. Smith<br>Wilson Sonsini Goodrich & Rosati<br>650 Page Mill Road<br>Palo Alto, CA 94304<br>aknutson@wsgr.com<br>jyoon@wsgr.com<br>rsmith@wsgr.com |

By:  /s/ David E. Moore
Richard L. Horwitz
David E. Moore
Bindu A. Palapura
POTTER ANDERSON & CORROON LLP
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com
bpalapura@potteranderson.com

1112485/40305